IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BILLY WAYNE GREEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Civil No. 3:14-CV-1396-D |
| | § | |
| STUART JENKINS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted.

Accordingly, this action is dismissed as barred by the three strikes provision of 28 U.S.C. § 1915(g). This dismissal is without prejudice to plaintiff's right to reopen the case if he pays the $350.00 filing fee and the $50.00 administrative fee within 30 days of the date of this order.

To the extent, if any, that plaintiff presents claims cognizable in a petition for writ of habeas corpus, such claims are hereby dismissed without prejudice.

**SO ORDERED**.

May 28, 2014.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE